DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLEMENT PLUMMER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2022

[August 31, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 10-10815CF10A.

Clement Plummer, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***